IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD A. AIELLO, ) | |
| ) | |
| Petitioner, ) | Civil Action No. 16-1728 |
| ) | Chief Judge Joy Flowers Conti |
| v. ) | Chief Magistrate Judge Maureen P. Kelly |
| ) | |
| JOHN E. WETZEL and CATHERINE KANE, ) | |
| ) | |
| Respondents. ) | |

## ORDER OF COURT

AND NOW, this 10th day of February, 2017, after Petitioner filed a petition for redress of grievance in the above-captioned matter, and after a Report and Recommendation was filed by Chief United States Magistrate Judge Maureen P. Kelly giving the parties until January 30, 2017 to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the magistrate judge's Report and Recommendation, which is ADOPTED as the opinion of this court,

IT IS HEREBY ORDERED that the petition for redress of grievance be treated as a petition for writ of habeas corpus and is DISMISSED as successive. The Clerk of Court shall mark this CASE CLOSED.

IT IS FURTHER ORDERED that the petition for a writ of habeas corpus filed by petitioner is dismissed and, because reasonable jurists could not conclude that a basis for appeal exists, a certificate of appealability is denied.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Federal Rule of Appellate Procedure 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

By the court:


/s/ Joy Flowers Conti
Chief United States District Judge

cc:	Honorable Maureen P. Kelly
	Chief United States Magistrate Judge

	All Counsel of Record Via CM-ECF